# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Ethilwaldo Dolojan,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>Equifax Information Services LLC, *et al.*,<br><br>　　　　　Defendant(s). | **2:24-cv-02000-JCM-MDC**<br><br>**ORDER DENYING STIPULATION** |

**IT IS ORDERED** that the *Stipulation for Extension of Time* (ECF No. 13) is DENIED WITH LEAVE TO REFILE AMENDED AND CORRECTED STIPULATION.

Section III of the stipulation requests to continue the dispositive motion deadline, which has not been set in this matter. The parties may submit an amended stipulation correcting the error.

DATED this 20th day of November 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge