GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada  89135
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709
*Attorney for Defendant*
*Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ETHILWALDO DOLOJAN,<br><br>                    Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC;<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC.; NATIONAL CONSUMER TELECOM<br>& UTILITIES EXCHANGE, INC.; INNOVIS<br>DATA SOLUTIONS, INC.; CLARITY<br>SERVICES, INC.;<br>BACKGROUNDCHECKS.COM LLC and<br>FIRST PREMIER BANK,<br><br>                    Defendants. | **Case No. 2:24-cv-02000-JCM-MDC**<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**SECOND REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from December 20, 2024 through and including **January 20, 2025**.  The request was made by Equifax so that the parties can have additional time to engage in settlement discussion, and Plaintiff approves.

///

This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 20ᵗʰ day of December, 2024.

CLARK HILL PLLC                            ***No opposition***

By:  /s/ Gia N. Marina                        /s/ George Haines
Gia N. Marina                               George Haines, Esq.
Nevada Bar No. 15276                        Nevada Bar No. 9411
1700 South Pavilion Center Drive, Suite 500   Gerardo Avalos, Esq.
Las Vegas, Nevada  89135                    Nevada Bar No. 15171
Telephone:  (702) 862-8300                  FREEDOM LAW GROUP
Facsimile:  (702) 778-9709                  8985 S. Eastern Ave., Suite 350
Email: gmarina@clarkhill.com                Henderson, NV 89123
*Attorney for Defendant Equifax Information*   Phone: (702) 880-5554
*Services LLC*                              Fax: (702) 385-5518
                                            Email: ghaines@freedomlegalteam.com
                                            Email: gavalos@freedomlegalteam.com
                                            *Attorneys for Plaintiff*

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

DATED:  12/20/2024

1

## **CERTIFICATE OF SERVICE**

2

3

I hereby certify that a true and exact copy of the foregoing has been served this 20th day of

December, 2024, via CM/ECF, upon all counsel of record:

4

5

6

By: /s/ Nicholas DiMattei, Jr.

An Employee of CLARK HILL PLLC

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28